## BARKER ET UX. *v.* METROPOLITAN LIFE INSURANCE CO.

No. 388.   Decided November 12, 1963.

Appellants *pro se.*

*Kenneth E. Roberts* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## MISSISSIPPI POWER & LIGHT CO. ET AL. *v.* CAPITAL ELECTRIC POWER ASSOCIATION ET AL.

No. 403.   Decided November 12, 1963.

*Sherwood W. Wise, Fred B. Smith, Garner W. Green* and *Joshua Green* for appellants.

*T. Harvey Hedgepeth* for appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.